STATE of Missouri, Respondent,

v.

Johnie WILKERSON, Appellant.

No. ED 80648.

Missouri Court of Appeals, Eastern District, Division Three.

Jan. 21, 2003.

Motions for Rehearing and/or Transfer to Supreme Court Denied March 20, 2003.

Application for Transfer Denied April 22, 2003.

Mary S. Choi, St. Louis, MO, for appellant.

John Munson Morris III, Nicole E. Gorovsky, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Johnie Wilkerson appeals from a judgment entered upon a jury verdict finding him guilty of one count of first degree murder, three counts of armed criminal action, and two counts of first degree assault on a law enforcement officer. He was sentenced to consecutive terms of life imprisonment without parole and life imprisonment and four concurrent 20-year prison terms. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).